**Electronically Filed**
**Supreme Court**
**SCWC-18-0000370**
**21-JUN-2022**
**03:50 PM**
**Dkt. 8 ODAC**

SCWC-18-0000370

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

———

DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE
FOR LONG BEACH MORTGAGE LOAN TRUST 2006-11,
Respondent/Plaintiff-Appellee,

v.

WILLIAM GASPAR and JOYAL K. GASPAR,
Petitioners/Defendants-Appellants.

———

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000370; CASE NO. 3CC13100476K)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Petitioners/Defendants-Appellants' Application for

Writ of Certiorari filed on May 23, 2022, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, June 21, 2022.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

